# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Juan GARCIA-Valle,<br><br>　　　　Defendant. | Magistrate Case No. 25mj2515 - SBC<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant, being duly sworn states:

On or about May 11, 2025, within the Southern District of California, Defendant Juan GARCIA-Valle, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose i.e., conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th of May 2025.

HON. STEVEN B. CHU
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 11, 2025, at approximately 12:35 P.M., Juan GARCIA-Valle (Defendant) applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry Pedestrian East primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a counterfeit United States Border Crossing Card (DSP-150) (XXXXXXXXX465), bearing the name with initials I.G.H., and said he was going to Las Americas with nothing to declare from Mexico. The CBP Officer queried the DSP-150, and nothing populated on his computer system. The CBP Officer examined the document and found that the back of the DSP-150 lacked fine line details and had discoloration on the emblem. The CBP Officer asked Defendant for his name and Defendant said "Juan GARCIA-Valle." The CBP Officer then elected to refer Defendant to pedestrian secondary for further inspection.

In secondary, Defendant's true identity was ascertained. Defendant was searched by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query linking Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) records, which identified Defendant as a citizen of Mexico and a previously deported alien.

Further DHS records confirmed Defendant is a citizen of Mexico without legal documents or entitlements to enter the United States. DHS records revealed Defendant was ordered removed from the United States to Mexico by Immigration Officials on or about August 21, 2016, and subsequently physically removed from the United States to Mexico on or about August 23, 2016, via Eagle Pass International Bridge, Texas. Defendant was most recently ordered removed from the United States to Mexico on or about April 13, 2025, and subsequently physically removed from the United States to Mexico on or about April 15, 2025, via Presidio, Texas, pursuant to a Reinstatement of Deport Order. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States.